

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-27-2004

# USA v. Fulani

Precedential or Non-Precedential: Precedential

Docket No. 03-3835

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation
"USA v. Fulani" (2004). *2004 Decisions.* Paper 636.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/636

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-3835

UNITED STATES OF AMERICA,

Appellant

v.

IBRAHIM HAMUD FULANI

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Crim. No. 02-00049)
Honorable Thomas I. Vanaskie, District Judge

Argued April 22, 2004

BEFORE: SCIRICA, Chief Judge, and ROSENN and GREENBERG, Circuit Judges

(Filed:  May 20, 2004)

ORDER AMENDING OPINION

It is hereby ordered that the opinion in this matter is amended to the end that the

word "unequivocal" is substituted for "equivocal" in the next to last line (last sentence) in

the complete paragraph of the right hand column on page 5 of the opinion in this matter.

By the court,

                                    /s/ Morton I. Greenberg
                                         Circuit Judge

DATED:  May 27, 2004